Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:     213.457.8000
Facsimile:      213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:      415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:     510.763.2000
Facsimile:      510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERYL L. CATERSON,<br><br>              Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>              Defendants. | No.: 2:06-cv-02490-FCD-KJM<br><br>STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable Frank C. Damrell** |

1    TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR
2    THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH
3    THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

5    This case, *Beryl L. Caterson, et al. v. Merck & Co., Inc., et al.* Case Number 2:06-cv-02490-
6    FCD-KJM, was filed in state court on September 27, 2006 and removed to this Court on November
7    8, 2006.  No discovery has been conducted or scheduled.

9    On November 10, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the
10   Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the
11   pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet
12   and complaint.  Merck requested that the MDL Panel transfer this action to the multidistrict litigation
13   known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern
14   District of Louisiana, District Judge Eldon Fallon presiding.  Merck expects the JPML to issue a
15   conditional transfer order that includes this case in the next few weeks.

17   Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

19   In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully
20   request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along
21   action.
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /

1   SO STIPULATED.

2

3   Dated: December 20, 2006

4                                           **REED SMITH LLP**

5

6                                           By:   ___/s/ Dana A. Blanton_____
                                                  Dana A. Blanton
7                                                 Attorney for Defendant
                                                  MERCK & CO., INC.
8

9   Dated: December 19, 2006

10                                          **KERSHAW CUTTER & RATINOFF LLP**

11                                          By:   ___/s/ David E. Smith_____
                                                  David E. Smith
12                                                Attorney for Plaintiffs

13                                                **ORDER**

14       IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this

15  Court.

16

17  Dated:  December 22, 2006

18

19

20  _____
    FRANK C. DAMRELL, JR.
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28